UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

JAMES REDING and )
MARY KATHERINE REDING, )
)
    Plaintiffs, )
)
vs. ) Case No.4:04CV1118SNL
)
GOLDMAN SACHS & CO., )
)
    Defendant. )

## ORDER

In accordance with the memorandum filed herein this date,

**IT IS HEREBY ORDERED** that defendant's motion to dismiss plaintiffs' Amended Complaint (#20) be and is **GRANTED.** This cause of action, in its entirety, is **DISMISSED WITH PREJUDICE.** No further action shall be taken in this case.

Dated this __27th__ day of June, 2005.

_____
SENIOR UNITED STATES DISTRICT JUDGE